Opinion issued February 18, 2021



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00796-CV

———————————

**SCOTT K. SULLIVAN, M.D., FRANK J. DELLACROCE M.D., ST. CHARLES SURGICAL HOSPITAL, LLC CENTER FOR RESTORATIVE BREAST SURGERY, LLC, SIGMA DELTA BILLING, LLC, CERBERUS INSURANCE CORP., JANUS INSURANCE CORP., Appellants**

**V.**

**POOLRE INSURANCE CORPORATION , STEPHEN FRIEDMAN, DANA MOORE, ROBERT L. SNYDER, II, JEFF CARLSON, STEWART A. FELDMAN, THE FELDMAN LAW FIRM, LLP, CAPSTONE ASSOCIATED SERVICES (WYOMING), LP, CAPSTONE ASSOCIATED SERVICES LTD. AND CAPSTONE ISURANCE MANAGEMENT LTD., Appellees**

———————————

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-74685**

———————————

## MEMORANDUM OPINION

Appellants have filed an unopposed motion to dismiss the appeal. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Rivas-Molloy.